

# UNITED STATES DISTRICT COURT

**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
Tacoma
1717 Pacific Ave., Suite 3100
Tacoma, WA 98402
(253) 882-3826

**JOSHUA C. LEWIS**
**District Court Executive**
**Clerk of Court**

**ERIC SMITS**
**Chief Deputy Clerk**

May 20, 2026

**CLERK, US DISTRICT COURT**
District of Utah at Salt Lake City

InterdistrictTransfer_UTD@utd.uscourts.gov

Re: Nichole Lyn Jardine

Your No:  1:26-cr-00023-003 JNP
Our No:   3:26-mj-05109-DWC-1

Dear Clerk,

An Order of Transfer was signed on 5/19/2026, transferring the above captioned case to your court pursuant to Rule 5. The defendant was released on bond and directed to appear in your district. Attached you will find a PDF image of our *Internal* Docket Sheet and **all** documents contained in the Western District of Washington Court File.

Please acknowledge receipt by returning a stamped copy of this letter to me at Kim_Brye@wawd.uscourts.gov.

Sincerely,

JOSHUA C. LEWIS, District Court Executive

By Kim Brye
Deputy Clerk

Enc: PDF file, financial